No. 03–662.  UNITED STATES EX REL. GOLDEN v. ARKANSAS STATE GAME AND FISH COMMISSION ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–663.  GARDNER v. GARDNER.  Ct. App. N. M.  Certiorari denied.

No. 03–664.  FUZY v. S & B ENGINEERS & CONSTRUCTORS, LTD.  C. A. 5th Cir.  Certiorari denied.

No. 03–666.  OMNIPOINT COMMUNICATIONS ENTERPRISES, L. P. v. ZONING HEARING BOARD OF EASTTOWN TOWNSHIP, PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 03–670.  BRIGGS v. MISSISSIPPI.  C. A. 5th Cir.  Certiorari denied.

No. 03–671.  THOMPSON ET VIR, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, THOMPSON ET AL. v. MARY GREELEY MEDICAL CENTER ET AL.  Ct. App. Iowa.  Certiorari denied.

No. 03–672.  BARTON v. DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 03–673.  SAUCEDA v. CITY OF DEL RIO, TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 03–675.  PATTERSON ET AL. v. MOBIL OIL CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–676.  PETERSON v. CITY OF DETROIT, MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 03–678.  AYRES v. CITY OF BEAUMONT, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–679.  BURGE v. STRAIN, SHERIFF, ST. TAMMANY PARISH, LOUISIANA.  C. A. 5th Cir.  Certiorari denied.

No. 03–681.  ROTHMAN v. CLARKE ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.